IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GLOSS, | CV F 05 0487 OWW LJO HC |
|     Petitioner, | |
|   vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| D. L. RUNNELS, Warden, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of

1

1  his trust account statement in support of his request to proceed
2  in forma pauperis, **or** pay the $5.00 filing fee.
3         In accordance with the above, IT IS HEREBY ORDERED that
4  within thirty days of the date of service of this order,
5  petitioner shall submit a certified copy of his prison trust
6  account statement for the six month period immediately preceding
7  the filing of the petition, or in the alternative, pay the $5.00
8  filing fee for this action.  Failure to comply with this order
9  will result in a recommendation that this action be dismissed.
10 IT IS SO ORDERED.
11 **Dated:    April 18, 2005**              /s/ Lawrence J. O'Neill
   23ehd0                              UNITED STATES MAGISTRATE JUDGE