UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY GLOSS, | ) | CV F 05 0487 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #12] |
| v. | ) | |
| | ) | ORDER DISMISSING GROUND ONE |
| | ) | FROM THE PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS |
| D. L. RUNNELS, Warden, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER REFERRING MATTER BACK TO |
| | ) | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 17, 2005, the Magistrate Judge issued Findings and Recommendation that recommended Ground One of the petition be DISMISSED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On July 25, 2005, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the

objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 17, 2005, is ADOPTED IN FULL;

2. Ground One of the Petition for Writ of Habeas Corpus is DISMISSED; and

3. The matter is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   August 11, 2005**                   **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE