UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GLOSS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. L. RUNNELS, et al.,<br><br>　　　　Respondent. | 1:05-CV-00487-OWW-LJO-HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC (DOCUMENT #22) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On December 7, 2005, Petitioner filed a motion to extend time to file a response to Respondent's Answer to the Petition (the Petitioner's Traverse). On January 9, 2006, and during the pendency of this request, Petitioner submitted his Traverse.  Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:    February 17, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE