IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GLOSS,<br><br>    Petitioner,<br><br>    vs.<br><br>D.L. RUNNELS, Warden,<br><br>    Respondent.<br>_____/ | 1:05-cv-00487-OWW-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #33)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 21, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:**   **July 23, 2008**          /s/ John M. Dixon
                                                UNITED STATES MAGISTRATE JUDGE