UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GLOSS,<br><br>               Petitioner,<br><br>v.<br><br>D.L. RUNNELS, Warden,<br><br>               Respondent. | 1:05-CV-0487 OWW JMD (HC)<br><br>ORDER VACATING THE AUGUST 29, 2008 ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #36]<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br>[Doc. #38]<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 3, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On July 23, 2008, the Court extended the time to file objections to the Findings and Recommendation.

On August 29, 2008, the Court issued an order adopting the Findings and Recommendation, noting that no objections had been filed within the time period allowed. Petitioner did, however, serve a timely motion for extension of time to file objections on August 26, which the Court had not yet received when it issued the order adopting the Findings and Recommendation. See <u>Huizar v. Carey</u>, 273 F.3d 1220, 1222 (9th Cir. 2001) (recognizing that a prisoner's document is deemed filed when he hands it over to prison authorities). As Petitioner has shown good cause for an extension of time, the Court will vacate the August 29, 2008 order adopting the Findings and Recommendation and grant Petitioner an extension of time to file objections.

Accordingly, IT IS HEREBY ORDERED that:

1) The August 29, 2008 order adopting the Findings and Recommendation is VACATED; and

2) Petitioner is granted thirty days from the date of service of this order in which to file objections to the Findings and Recommendation. Respondent shall have 10 court days (plus three days if served by mail) from the date of service of any objections to file and serve a reply.

IT IS SO ORDERED.

**Dated:   September 9, 2008**                         **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE