1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9  BOBBY GLOSS,                    )        No. CV-F-05-487 OWW/JMD HC
                                   )
10                                 )        ORDER DENYING PETITIONER'S
                                   )        MOTION FOR RECONSIDERATION
11              Petitioner,        )        (Doc. 41)
                                   )
12         vs.                     )
                                   )
13                                 )
   D.L. RUNNELS, Warden,           )
14                                 )
                                   )
15              Respondent.        )
                                   )
16 _____ )

17      Petitioner's motion for reconsideration, (Doc. 41), is

18 DENIED as moot.  Petitioner's motion for reconsideration is

19 directed to the August 29, 2008 Order denying Petitioner's

20 petition for writ of habeas corpus.  By Order filed on September

21 10, 2008, the August 29, 2008 Order was vacated, Petitioner was

22 granted an extension of time to file objections and the case was

23 re-opened.  Petitioner's objections were filed on September 11,

24 2008.

25 IT IS SO ORDERED.

26 **Dated:   September 25, 2008              /s/ Oliver W. Wanger**

1

1                                    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26